In the Matter of Frederick Forrester, Deceased.— Motion granted unless

appellant complies with terms stated in order.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.